# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| EDMUND S. GEORGE a/k/a<br>SCOTT GEORGE | § § § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-983-S |
| ROBERT MYERS | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 11. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Issuance of Default Judgment [ECF No. 4] is **DENIED**.

**SO ORDERED.**

SIGNED October 5, 2022.

_____
**UNITED STATES DISTRICT JUDGE**